```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/21/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ANIL MANGAR,

Defendant.

---

No. 15-CR-655 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the defendant's bail conditions shall be modified to include outpatient mental health treatment at the direction of the Probation Department.

SO ORDERED.

Dated:  July 21, 2021
        New York, New York

Ronnie Abrams
United States District Judge