**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------x
United States of America          :
                                  :
-against-                         :          **ORDER**
                                  :          Docket Number: 15CR655-04 (RA)
Anil Mangar                       :
          Defendant.              :
----------------------------------------------x

Ronnie Abrams, United States District Judge:

IT IS HEREBY ORDERED that the defendant, Anil Mangar, be supervised via Home Detention on location monitoring, with the technology to be determined at the discretion of the probation office. The defendant will be restricted to his residence at all times except for purposes of employment; education; religious services; medical appointments, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Probation Department.

IT IS FURTHER HEREBY ORDERED that the defendant shall contribute to the costs of monitoring, based on his ability to pay, as determined by the Probation Department. The defendant shall disclose all financial information and documents to the Probation Department to assess his ability to pay.

SO ORDERED.

Dated: New York, NY
October 19, 2021

_____
Ronnie Abrams
U.S. District Judge