**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2021

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Anil Mangar,
     15 Cr. 655 (RA)

Dear Judge Abrams:

> Application granted. The Court hereby lifts the location monitoring condition. The status conference is adjourned to January 6, 2022 at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> November 23, 2021

I write with respect to the VOSR proceedings in the above-captioned case, currently scheduled for December 1, 2021. Since Anil Mangar's last appearance before the Court, there have been some developments bearing on his continued placement on Location Monitoring. In particular, the woman with whom Mr. Mangar shares a child was arrested on November 18, 2021 and charged with the aggravated harassment of Mr. Mangar. See Case Number CR-017655-21BX. Given this change in circumstances, and with the consent of United States Probation, I respectfully request that the Court lift Mr. Mangar's Location Monitoring condition on December 1, 2021 and adjourn his status conference by 30 days. The Government, by AUSA Frank Balsamello, defers to United States Probation with respect to Mr. Mangar's continued placement on Location Monitoring and does not object to an adjournment.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

cc:   Frank Balsamello, Esq., by ECF