# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 22, 2022

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Anil Mangar</u>,
15 Cr. 655 (RA)

Dear Judge Abrams:

    I write with respect to the VOSR proceedings in the above-captioned case, currently scheduled for February 25, 2022. Since the last status update, the parties have learned that Mr. Mangar recently resolved his open state cases, which overlap with the pending VOSR specifications, through a conditional plea to a violation under NYPL § 240.20 et seq. The parties are awaiting more details about Mr. Mangar's resolution of his state case and require additional time to negotiate a disposition to the VOSR specifications in light of this development. With the consent of the Government and United States Probation, the defense requests a 30-day adjournment of the VOSR proceedings.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

cc: Frank Balsamello, Esq., by ECF

---

Application granted. The conference is adjourned to March 24, 2022 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 22, 2022