```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
    -v.-                            :    15 Cr. 655 (RA)
                                    :
ANIL MANGAR,                        :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x
```

WHEREAS, defendant ANIL MANGAR appeared before the Court on December 16, 2022 and was arraigned on specifications contained in a Probation Petition that alleges violations of supervised release based on the defendant's alleged narcotics use and role in a domestic violence incident;

WHEREAS, with the defendant's consent, the Court orally authorized the Probation Office to identify and enroll the defendant in an in-person domestic violence treatment program; and

WHEREAS, with the defendant's further consent, the Court orally directed him to stay away from and have no contact with the victim of the alleged October 14, 2022 domestic violence incident discussed in Specifications Two, Three, and Four;

IT IS HEREBY ORDERED that the defendant's conditions of supervised release shall be modified to require that:

  1. The defendant shall participate in an in-person domestic violence program as directed by the Probation Office, and

2. The defendant shall stay away from and have no contact with the victim of the October 14, 2022 domestic violence incident discussed in Specifications Two, Three, and Four.

SO ORDERED.

Dated:  New York, New York
        December 20, 2022

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE