**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 8, 2023

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted. The VOSR proceeding is adjourned to March 10, 2023 at 10:30 a.m.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 8, 2023

    Re: <u>United States v. Anil Mangar</u>,
         15 Cr. 655 (RA)

Dear Judge Abrams:

    I write regarding the upcoming VOSR proceedings in the above-captioned case, currently scheduled for February 10, 2023. It is the parties' understanding that, on February 23, 2023, Mr. Mangar will appear in Bronx Criminal Court and execute a negotiated plea to disorderly conduct (in violation of NYPL 240.26) with a conditional discharge in satisfaction of the pending state charges, which are coextensive with the pending supervised release specifications. Accordingly, the defense requests, and the Government consents, to a 30-day adjournment to give the parties sufficient time to negotiate a commensurate resolution of the VOSR specifications.[1]

    I thank the Court for its time and consideration of this letter.

                                      Respectfully Submitted,

                                      Andrew John Dalack, Esq.
                                      Assistant Federal Defender

Cc: AUSA Frank Balsamello
      AUSA Jared Lenow

---

[1] I also wish to advise the Court that my trial obligations in <u>United States v. Saipov</u>, 17 Cr. 722 (VSB) will recommence on Monday, February 13, 2023, for the penalty phase of Mr. Saipov's capital trial. The schedule will remain the same as the liability phase: Monday to Thursday, 10:00 a.m. to 5:30 p.m. I expect that the penalty phase will not conclude until at least the first week of March 2023.